UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MWENYE EL, et al.,

                    Plaintiff,

        v.

FRESH COLLAR, et al.,

                    Defendant.

Case No. C26-0327-LK

MINUTE ORDER

        The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

        The proposed complaint submitted in this matter contains the signatures of two Plaintiffs: Mweyne El/Randy L. Cahoun and Freedom El/Vivian Gale.  Dkt. 1-1 at 6.  However, only Mweyne El/Randy L. Calhoun submitted an application to proceed *in forma pauperis* (IFP).  *See* Dkt. 1.  Nor is it clear that the pending IFP application is complete.  *See, e.g., id*. at 1 (stating "Source of income is Social Security", but not indicating disability as a source of money in response to Question 3(d)).  The Court is unable to consider the request to proceed IFP without complete and detailed information as to the financial status of both Plaintiffs.  Plaintiffs are, accordingly, directed to either pay the filing fee or submit two separate and complete IFP

MINUTE ORDER - 1

applications on behalf of both Plaintiffs, demonstrating their inability to pay the filing fee.

Plaintiffs must comply with the above directive within **twenty (20) days** of the date of this

Minute Order.  Failure to comply may result in denial of the pending application to proceed IFP

and/or dismissal of this matter.

Dated this 3rd day of February, 2026.

Joshua C. Lewis
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2